# UNITED STATES DISTRICT COURT
for the

District of Alaska

SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: DocuSign
c/o United Agent Group, Inc.
707 W. Main Avenue, #B1
Spokane, Washington 99201

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States Attorney's Office<br>222 West 7th Avenue, #9, RM 253<br>Anchorage, AK 99513-7567 | Date and Time: January 17, 2023 at 9:00 a.m. |
|---|---|

**YOU MUST** also bring with you the following documents, electronically stored information, or objects (blank if not applicable):
* PLEASE SEE THE SUBPOENA ATTACHMENT.

** PLEASE PROVIDE THE REQUESTED DOCUMENTS IN ELECTRONIC FORMAT TO:
usaak.sp.responses@usdoj.gov.

Please contact the Budget Officer, David Urrea, at (907) 271-5071 or usaak.budget@usdoj.gov with any invoice or payment questions you may have.

For all compliance, extensions or records questions please email usaak.sp.responses@usdoj.gov

Date: January 4, 2023

Clerk of Court

*Brian Karth*
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States Attorney, or Assistant United States Attorney, who requests this subpoena, are:

Michael Heyman
U.S. Courthouse and Federal Building  222 W. 7th Ave, #9, Room 253  Anchorage, AK  99513-7567
907-271-5071
usaak.sp.responses@usdoj.gov

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* DocuSign
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:



**Grand Jury Subpoena Attachment Form**
Department of Justice

**United States Attorney**
District of Alaska

Please provide all customer or subscriber account information for any accounts registered to the Envelope IDs listed in the table below. Please provide this information for the time frame of the creation of the account to the present date. Customer or subscriber account information includes, but not limited to:

- Name(s);
- Addresses;
- Email addresses;
- Credit and billing information and IP history web activity;
- Date of activation, and activity logs, as well as any information pertaining to the identity of the subscriber, including type and number of credit cards, and other identifying information;
- Types of services subscribed to or utilized by the subscriber and lengths of services,;
- IP addresses associated with log-ins;
- Registration IP address;
- Online account access logs.

| ENVELOPE ID | DATE |
|---|---|
| 82E01572B8E8-4961-A6A7-7F461977E9CA | 06/15/2022 |
| F9D0560B-9E45-455E-9EA4-26F4E78AC2D1 | 07/02/2022 |
| 78757425-78EA-44FE-86FE-261BD0A28DA0 | 06/26/2022 |
| 64B06305-ECFF-475B-9AB3-FBFBEF71B114 | 06/15/2021 |
| 4A531655-83B9-4780-8DB2-D2BCD4DAF424 | 06/06/2021 |
| B3E803DA-DB0D-46F8-A44F-F7128563DE91 | 05/24/2022 |
| 36E3789E-6C0B-42A3-B417-C92E047AE57E | 12/06/2021 |
| F8F55961-3EEC-44BB-8456-398B74BD3808 | 12/16/2021 |
| BD9617CE-B552-4CE8-9639-4E6AC5EE2CBD | 01/05/2022 |
| C36CAB55-C3BD-493F-A57D-8E8C19E382DD | 09/20/2021 |
| 8F768C7-8195-4E0A-BB94-347CC0F97AC5 | 02/15/2021 |
| 2A6C9144-BCDC-48D5-90BA-953D411788D9 | 10/07/2021 |
| 1EE0E014-AD77-43CF-A18A-63CB2169A633 | 06/18/2022 |
| C568BEBB-849A-4C42-B7DD-40CE2E1F9D06 | 03/03/2022 |
| 4999B3D5-B8FE-441C-8CFD-0C622694A704 | 06/02/2022 |
| D42BD8FA-B1A5-46F2-A62C-5E107078EAAC | 02/16/2022 |
| 3BCBA1D8-A028-499E-9A15-B4AC65AD5600 | 08/17/2022 |
| 312F5F19-FAEA-44D6-95A7-4DEC2491B962 | 07/07/2021 |

2022R00213 - 001



**Grand Jury Subpoena Attachment Form**
Department of Justice

**United States Attorney**
District of Alaska

---

We request that all records be provided as follows:
1. Text data relating to account transactions shall be produced in either a delimited ASCII text data file, or within a software application that can export it without loss of data to a non-proprietary file format, or within a commonly readable file format set by agreement.
    a. Descriptions, layouts and indices for text data shall be provided and may be set by agreement.
    b. Field descriptions shall be provided for text data.
2. Image data shall be produced in graphic data files in a non-proprietary or commonly readable format.
    a. Image data of items associated with specific account transactions shall be:
        i. produced in individual graphic data files; and,
        ii. linked to corresponding text data by a unique identifier.
    b. Image data quality for items other than those specified in 2(b) shall be 300 dots per inch resolution or as otherwise set by agreement.
3. Data may be transmitted in an encrypted container. Decryption keys shall be produced separately at the time the data are produced. Data authentication, such as hash coding, may be set by agreement.

NOTE: Records are requested to be provided in "electronic format" on compact disks (CDs) if the information listed above is stored electronically by the institution. Pursuant to 12 C.F.R. 219.5 (Conditions of Payment), the government is only required to pay for costs that are both directly incurred and reasonably necessary to provide the requested material. Photocopying or microfiche charges are only considered reasonably necessary if the financial institution has reproduced financial records that were not stored electronically (i.e. where the information requested was stored only on paper or in microfiche), or where the government authority making the request has specifically asked for printed copies of electronically stored records.

RECORD FORMAT: Records are requested in the form of electronic media. Also, please include the subpoena request in the response.

Please email or mail your response to:

Michael Heyman
Assistant United States Attorney
District of Alaska
222 West 7th Avenue, Suite 253, #9
Anchorage, AK 99513
Email: USAAK.SP.Responses@usdoj.gov

Case 3:23-mj-00004-KFR     Document 1-1     Filed 01/04/23     Page 4 of 5



**U.S. Department of Justice**

United States Attorney
District of Alaska

*James M. Fitzgerald Federal Building & U.S. Courthouse*
*222 West 7th Avenue, #9, Room 253*   Commercial: (907) 271-5071
*Anchorage, AK  99513-7567*   Fax: (907) 271-3224

Jan 4 2023

DocuSign
c/o United Agent Group, Inc.
707 W. Main Avenue, #B1
Spokane, Washington 99201

Re:  Grand Jury Subpoena Duces Tecum

Dear Custodian of Records:

| **Your Appearance Date** |
|:---:|
| Tuesday, January 17, 2023 |

    You have been served with a grand jury subpoena duces tecum, to produce certain enumerated records before the Federal Grand Jury in Anchorage, Alaska, at 9:00 a.m. on the date listed in the block above.

    You have the right to appear before the grand jury.  To minimize your inconvenience in complying with this subpoena, you may mail the requested documents certified to our office, or provide the documents to the agent serving the subpoena in lieu of personally producing the documents before the grand jury.

    Should you decide to provide the documents by certified mail, the officer responsible for complying with this subpoena must execute the enclosed affidavit before a notary public.  This affidavit must accompany the documents being forwarded.

    **Please be advised that disclosure of this subpoena may impede an ongoing criminal investigation.**

    If you have any questions regarding the subpoena or the method by which that subpoena may be satisfied, please contact me collect at (907) 271-5071.

Sincerely,

S. LANE TUCKER
United States Attorney

Enclosure(s):  Subpoena
                Affidavit of Compliance
                Acceptance of ESI
                ECPA Importance Notice

s/ MICHAEL HEYMAN
MICHAEL HEYMAN
Assistant U.S. Attorney