# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

IN RE MULTIPLE SEALED SEARCH WARRANTS

**ORDER GRANTING MOTION TO UNSEAL SEARCH WARRANTS**

Having duly considered the United States' Omnibus Motion to Unseal Search Warrants, the motion is hereby GRANTED. The following search warrant numbers listed below shall be unsealed:

3:18-mj-00322-KFR *SEALED*-1

3:19-mj-00015-KFR *SEALED*-1

3:19-mj-00016-KFR *SEALED*-1

3:19-mj-00120-KFR *SEALED*-1

3:19-mj-00474-KFR *SEALED*-1

3:19-mj-00475-KFR *SEALED*-1

3:19-mj-00493-KFR *SEALED*-1

3:19-mj-00624-KFR *SEALED*-1

3:19-mj-00625-KFR *SEALED*-1

3:20-mj-00314-KFR *SEALED*-1

3:20-mj-00346-KFR *SEALED*-1

| | |
|---|---|
| 1 | |
| 2 | 3:20-mj-00470-KFR *SEALED*-1 |
| 3 | 3:20-mj-00471-KFR *SEALED*-1 |
| 4 | 3:21-mj-00011-KFR *SEALED*-1 |
| 5 | 3:21-mj-00069-KFR *SEALED*-1 |
| 6 | 3:21-mj-00152-KFR *SEALED*-1 |
| 7 | 3:21-mj-00605-KFR *SEALED*-1 |
| 8 | 3:21-mj-00618-KFR *SEALED*-1 |
| 9 | 3:21-mj-00619-KFR *SEALED*-1 |
| 10 | 3:21-mj-00625-KFR *SEALED*-1 |
| 11 | 3:21-mj-00626-KFR *SEALED*-1 |
| 12 | 3:21-mj-00630-KFR *SEALED*-1 |
| 13 | 3:21-mj-00631-KFR *SEALED*-1 |
| 14 | 3:21-mj-00650-KFR *SEALED*-1 |
| 15 | 3:21-mj-00654-KFR *SEALED*-1 |
| 16 | 3:22-mj-00001-KFR *SEALED*-1 |
| 17 | 3:22-mj-00003-KFR *SEALED*-1 |
| 18 | 3:22-mj-00004-KFR *SEALED*-1 |
| 19 | 3:22-mj-00008-KFR *SEALED*-1 |
| 20 | 3:22-mj-00011-KFR *SEALED*-1 |
| 21 | 3:22-mj-00018-KFR *SEALED*-1 |
| 22 | 3:22-mj-00019-KFR *SEALED*-1 |
| 23 | 3:22-mj-00022-KFR *SEALED*-1 |

| | |
|---|---|
| 1 | 3:22-mj-00036-KFR *SEALED*-1 |
| 2 | |
| 3 | 3:22-mj-00037-KFR *SEALED*-1 |
| 4 | 3:22-mj-00038-KFR *SEALED*-1 |
| 5 | 3:22-mj-00039-KFR *SEALED*-1 |
| 6 | 3:22-mj-00044-KFR *SEALED*-1 |
| 7 | 3:22-mj-00049-KFR *SEALED*-1 |
| 8 | |
| 9 | 3:22-mj-00052-KFR *SEALED*-1 |
| 10 | 3:22-mj-00062-KFR *SEALED*-1 |
| 11 | 3:22-mj-00064-KFR *SEALED*-1 |
| 12 | 3:22-mj-00065-KFR *SEALED*-1 |
| 13 | |
| 14 | 3:22-mj-00071-KFR *SEALED*-1 |
| 15 | 3:22-mj-00075-KFR *SEALED*-1 |
| 16 | 3:22-mj-00079-KFR *SEALED*-1 |
| 17 | 3:22-mj-00091-KFR *SEALED*-1 |
| 18 | 3:22-mj-00094-KFR *SEALED*-1 |
| 19 | 3:22-mj-00098-KFR *SEALED*-1 |
| 20 | |
| 21 | 3:22-mj-00099-KFR *SEALED*-1 |
| 22 | 3:22-mj-00103-KFR *SEALED*-1 |
| 23 | 3:22-mj-00104-KFR *SEALED*-1 |
| 24 | 3:22-mj-00109-KFR *SEALED*-1 |
| 25 | 3:22-mj-00111-KFR *SEALED*-1 |
| 26 | |
| 27 | 3:22-mj-00112-KFR *SEALED*-1 |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | 3:22-mj-00126-KFR *SEALED*-1 |
| 3 | 3:22-mj-00128-KFR *SEALED*-1 |
| 4 | 3:22-mj-00129-KFR *SEALED*-1 |
| 5 | 3:22-mj-00130-KFR *SEALED*-1 |
| 6 | 3:22-mj-00131-KFR *SEALED*-1 |
| 7 | 3:22-mj-00133-KFR *SEALED*-1 |
| 8 | 3:22-mj-00139-KFR *SEALED*-1 |
| 9 | 3:22-mj-00142-KFR *SEALED*-1 |
| 10 | 3:22-mj-00145-KFR *SEALED*-1 |
| 11 | 3:22-mj-00149-KFR *SEALED*-1 |
| 12 | 3:22-mj-00150-KFR *SEALED*-1 |
| 13 | 3:22-mj-00157-KFR *SEALED*-1 |
| 14 | 3:22-mj-00159-KFR *SEALED*-1 |
| 15 | 3:22-mj-00163-KFR *SEALED*-1 |
| 16 | 3:22-mj-00168-KFR *SEALED*-1 |
| 17 | 3:22-mj-00171-KFR *SEALED*-1 |
| 18 | 3:22-mj-00182-KFR *SEALED*-1 |
| 19 | 3:22-mj-00192-KFR *SEALED*-1 |
| 20 | 3:22-mj-00194-KFR *SEALED*-1 |
| 21 | 3:22-mj-00204-KFR *SEALED*-1 |
| 22 | 3:22-mj-00205-KFR *SEALED*-1 |
| 23 | 3:22-mj-00206-KFR *SEALED*-1 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | 3:22-mj-00212-KFR *SEALED*-1 |
| 2 | |
| 3 | 3:22-mj-00213-KFR *SEALED*-1 |
| 4 | 3:22-mj-00214-KFR *SEALED*-1 |
| 5 | 3:22-mj-00220-KFR *SEALED*-1 |
| 6 | 3:22-mj-00221-KFR *SEALED*-1 |
| 7 | 3:22-mj-00222-KFR *SEALED*-1 |
| 8 | |
| 9 | 3:22-mj-00223-KFR *SEALED*-1 |
| 10 | 3:22-mj-00230-KFR *SEALED*-1 |
| 11 | 3:22-mj-00232-KFR *SEALED*-1 |
| 12 | 3:22-mj-00233-KFR *SEALED*-1 |
| 13 | 3:22-mj-00238-KFR *SEALED*-1 |
| 14 | |
| 15 | 3:22-mj-00249-KFR *SEALED*-1 |
| 16 | 3:22-mj-00251-KFR *SEALED*-1 |
| 17 | 3:22-mj-00252-KFR *SEALED*-1 |
| 18 | 3:22-mj-00253-KFR *SEALED*-1 |
| 19 | 3:22-mj-00256-KFR *SEALED*-1 |
| 20 | |
| 21 | 3:22-mj-00257-KFR *SEALED*-1 |
| 22 | 3:22-mj-00262-KFR *SEALED*-1 |
| 23 | 3:22-mj-00263-KFR *SEALED*-1 |
| 24 | 3:22-mj-00264-KFR *SEALED*-1 |
| 25 | 3:22-mj-00275-KFR *SEALED*-1 |
| 26 | |
| 27 | 3:22-mj-00276-KFR *SEALED*-1 |
| 28 | |

3:22-mj-00277-KFR *SEALED*-1

3:22-mj-00280-KFR *SEALED*-1

3:22-mj-00285-KFR *SEALED*-1

3:22-mj-00294-KFR *SEALED*-1

3:22-mj-00308-KFR *SEALED*-1

3:22-mj-00309-KFR *SEALED*-1

3:22-mj-00312-KFR *SEALED*-1

3:22-mj-00314-KFR *SEALED*-1

3:22-mj-00315-KFR *SEALED*-1

3:22-mj-00323-KFR *SEALED*-1

3:22-mj-00324-KFR *SEALED*-1

3:22-mj-00326-KFR *SEALED*-1

3:22-mj-00327-KFR *SEALED*-1

3:22-mj-00328-KFR *SEALED*-1

3:22-mj-00329-KFR *SEALED*-1

3:22-mj-00330-KFR *SEALED*-1

3:22-mj-00334-KFR *SEALED*-1

3:22-mj-00336-KFR *SEALED*-1

3:22-mj-00337-KFR *SEALED*-1

3:22-mj-00344-KFR *SEALED*-1

3:22-mj-00357-KFR *SEALED*-1

3:22-mj-00358-KFR *SEALED*-1

| | |
|---|---|
| 1 | 3:22-mj-00370-KFR *SEALED*-1 |
| 2 | |
| 3 | 3:22-mj-00375-KFR *SEALED*-1 |
| 4 | 3:22-mj-00379-KFR *SEALED*-1 |
| 5 | 3:22-mj-00380-KFR *SEALED*-1 |
| 6 | 3:22-mj-00385-KFR *SEALED*-1 |
| 7 | 3:22-mj-00386-KFR *SEALED*-1 |
| 8 | |
| 9 | 3:22-mj-00387-KFR *SEALED*-1 |
| 10 | 3:22-mj-00397-KFR *SEALED*-1 |
| 11 | 3:22-mj-00400-KFR *SEALED*-1 |
| 12 | 3:22-mj-00404-KFR *SEALED*-1 |
| 13 | 3:22-mj-00406-KFR *SEALED*-1 |
| 14 | |
| 15 | 3:22-mj-00426-KFR *SEALED*-1 |
| 16 | 3:22-mj-00435-KFR *SEALED*-1 |
| 17 | 3:22-mj-00436-KFR *SEALED*-1 |
| 18 | 3:22-mj-00438-KFR *SEALED*-1 |
| 19 | 3:22-mj-00439-KFR *SEALED*-1 |
| 20 | |
| 21 | 3:22-mj-00442-KFR *SEALED*-1 |
| 22 | 3:22-mj-00443-KFR *SEALED*-1 |
| 23 | 3:22-mj-00448-KFR *SEALED*-1 |
| 24 | 3:22-mj-00451-KFR *SEALED*-1 |
| 25 | 3:22-mj-00452-KFR *SEALED*-1 |
| 26 | |
| 27 | 3:22-mj-00455-KFR *SEALED*-1 |
| 28 | |

3:22-mj-00458-KFR *SEALED*-1

3:22-mj-00459-KFR *SEALED*-1

3:22-mj-00461-KFR *SEALED*-1

3:22-mj-00462-KFR *SEALED*-1

3:22-mj-00471-KFR *SEALED*-1

3:22-mj-00472-KFR *SEALED*-1

3:22-mj-00473-KFR *SEALED*-1

3:22-mj-00478-KFR *SEALED*-1

3:22-mj-00483-KFR *SEALED*-1

3:22-mj-00488-KFR *SEALED*-1

3:22-mj-00489-KFR *SEALED*-1

3:22-mj-00496-KFR *SEALED*-1

3:22-mj-00498-KFR *SEALED*-1

3:22-mj-00499-KFR *SEALED*-1

3:22-mj-00504-KFR *SEALED*-1

3:22-mj-00507-KFR *SEALED*-1

3:22-mj-00512-KFR *SEALED*-1

3:22-mj-00513-KFR *SEALED*-1

3:22-mj-00523-KFR *SEALED*-1

3:22-mj-00538-KFR *SEALED*-1

3:22-mj-00550-KFR *SEALED*-1

3:22-mj-00564-KFR *SEALED*-1

3:23-mj-00003-KFR *SEALED*-1

3:23-mj-00004-KFR *SEALED*-1

3:23-mj-00011-KFR *SEALED*-1

3:23-mj-00019-KFR *SEALED*-1

3:23-mj-00020-KFR *SEALED*-1

3:23-mj-00021-KFR *SEALED*-1

3:23-mj-00023-KFR *SEALED*-1

3:23-mj-00031-KFR *SEALED*-1

IT IS SO ORDERED.

DATED this 7th of March 2024, at Anchorage, Alaska.

_____
KYLE F. REARDON
United States Magistrate Judge
District of Alaska